**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| JOYCE GRABIL, | ) |
|     Plaintiff, | ) Case #09-CV-3305 ) ) Assigned Judge: Judge Grady |
| v. | ) ) Magistrate Judge: Magistrate Judge Masonao |
| WINDHAM PROFESSIONALS, INC, | ) ) |
|     Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

JOYCE GRABIL (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, WINDHAM PROFESSIONALS, INC (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,
By: /s/ Adam T. Hill
Adam T. Hill
Attorneys for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison Street
10th Floor
Chicago, IL 60602

1