UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

Joyce Grabil

                        Plaintiff,

v.                                                 Case No.: 1:09–cv–03305
                                                          Honorable John F. Grady

Windham Professionals, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 2, 2009:

        MINUTE entry before the Honorable John F. Grady: Pursuant to the voluntary dismissal, this case is hereby dismissed with prejudice. Status hearing set for 09/16/2009 is stricken.Civil case terminated. Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.